FILED

OCT 26 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA DE JESUS GUTIERREZ, | No. 08-71423 |
| Petitioner, | Agency No. A070-946-656 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 19, 2010**

Before:    O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

Maria de Jesus Gutierrez, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal

from an immigration judge's decision denying her motion to reopen her

---

\*    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

deportation proceedings conducted in absentia.  We have jurisdiction under 8

U.S.C. § 1252.  Reviewing for abuse of discretion, *Singh v. INS*, 213 F.3d 1050,

1052 (9th Cir. 2000), we deny the petition for review.

The BIA did not abuse its discretion in refusing to rescind Gutierrez's

deportation order because it is undisputed that she was personally served with an

Order to Show Cause that contained notice of her hearing and was written in both

English and Spanish.  *See* 8 U.S.C. § 1252b(a)(2)-(3) (repealed 1996); *Khan v.*

*Ashcroft*, 374 F.3d 825, 828-29 (9th Cir. 2004) (notice was proper where INS

adhered to statutorily imposed procedural requirements).

Gutierrez's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**

08-71423